IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

FLORES-RODRIGUEZ,

    Defendant.

No. CR- 10-00402 SI
(Civil No. 11-5422 SI)

**ORDER**

Defendant has filed a motion under Title 28 United States Code Section 2255. Pursuant to Rule 3(b) governing proceedings in the U.S. District Court under Section 2255,

IT IS HEREBY ORDERED THAT:

1) the clerk mail a copy of this order upon all parties.

2) Within twenty-one (21) days of the date of this order, the United States shall notify the court whether the motion will be opposed or submit an agreed upon briefing schedule.

3) If the United States wishes to oppose the motion, and is unable to obtain an agreed upon briefing schedule, it shall file an opposition brief with the court and serve it upon defendant within ninety (90) days from the date of this order.

4) The defendant shall file a reply twenty-one (21) days after receiving the government's opposition.

IT IS SO ORDERED.

Dated: 11/13/12

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

OSCAR FLORES-RODRIGUEZ et al,

        Defendant.

Case Number: CR10-00402 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

DUTY ATTORNEY IN MS.
Kathryn R. Haun's absence
450 Golden Gate Ave
PO Box 36055
San Francisco, CA 94102

**Oscar Flores-Rodriguez**
14660-111
YAZOO CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5000
YAZOO CITY, MS 39194

1.

Dated: November 13, 2012

                                            Richard W. Wieking, Clerk
                                            By: Tracy Kasamoto, Deputy Clerk